CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gerber Ismael De La Cruz-Cum**<br>YOB: 2006; Citizen of Guatemala | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02704MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 5, 2025, at or near Sasabe, in the District of Arizona, **Gerber Ismael De La Cruz-Cum**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Gerber Ismael De La Cruz-Cum** is a citizen of Guatemala. On December 6, 2025, agents found **Gerber Ismael De La Cruz-Cum** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Gerber Ismael De La Cruz-Cum** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Gerber Ismael De La Cruz-Cum** admitted to illegally entering the United States of America from Mexico on or about December 5, 2025, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Carlo A. Moreno |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Houston